UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>JORGE MEDRANO ,<br><br>           Defendant. | CASE NO.: 21CR3406-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting scheduled for January 21, 2022 be continued to March 4, 2022, at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by January 28, 2022.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge