UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>JORGE MEDRANO ,<br><br>          Defendant. | CASE NO.: 21CR3406-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting scheduled for April 15, 2022, at 1:30 p.m. be continued to May 27, 2022, at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by April 22, 2022. For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  April 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge