UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JORGE MEDRANO,<br><br>　　　　　Defendant. | CASE NO.: 21CR3406-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**GOOD CAUSE HAVING BEEN SHOWN:**

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting scheduled for July 15, 2022, at 1:30 p.m. be continued to September 9, 2022, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: July 1, 2022

　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge