UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> v.<br><br>JORGE MEDRANO ,<br><br>        Defendant. | CASE NO.: 21CR3406-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting scheduled for September 9, 2022, at 1:30 p.m. be continued to October 21, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: August 31, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge